
## Consults - Encounter Notes (continued)

Gen: NAD
RLE:
Skin intact
Large popliteal hematoma
Motor: 0/5 ehl/fhl/gs/ta
No sensation s/s/sp/dp/t
Cool, pale foot
DP/PT not doplerable
Weak popliteal signal on doppler
Compartments full but compressible
LLE:
Skin intact
TTP along distal tibia
Motor: ehl/fhl/gs/ta intact
SILT s/s/sp/dp/t
Toes wwp, bcr
Secondary survey negative for additional injuries.

**Imaging:**

XR right knee: widened proximal tib-fib joint
CT RLE: vascular occlusion at the level of the popliteal fossa
CT LLE: no fx/dislocation

**Assessment & Plan:**
         male with RLE vascular injury, likely s/p knee dislocation and spontaneous reduction
- OR for vascular repair, ex fix RLE, and possible RLE fasciotomies

D/w chief and attending

Electronically signed by Joseph A Bosco, MD on 6/26/2016 11:23 AM

| | | |
|---|---|---|
| Author: Olga Solovyova, MD | Service: Orthopedics | Author Type: Resident |
| Filed: 6/26/2016 6:41 AM | Date of Service: 6/26/2016 5:21 AM | Status: Cosign Needed |
| Editor: Olga Solovyova, MD (Resident) | | |
| Related Notes: | Addendum by Olga Solovyova, MD (Resident) filed at 6/26/2016 6:59 AM | |
| Cosign Required: Yes | | |

## ORTHOPAEDIC SURGERY CONSULT NOTE

**HPI:**      male pedestrian struck BIBEMS c/o bilateral lower extremity pain in the slot. Pt was walking when a car came up on the curb. Positive head trauma. Intoxicated.

ROS otherwise negative other than above
No past medical history on file.
No past surgical history on file.

Printed on 9/13/2016 3:15 PM



Patient ID:
Mario Umana



Admit date: 6/26/2016

Discharge date: 7/22/2016

**Admitting Physician:** Devendra Brahmbhatt, MD

**Discharge Physician:** Dessislava Stefanova, MD

**Admission Diagnoses:** Trauma [T14.90]
Trauma [T14.90]

**Discharge Diagnoses:** Trauma [T14.90]

**Admission Condition:** fair

**Discharged Condition:** good

**Indication for Admission/Presentation:** ▓▓▓▓▓ PMH BIBEMS after being hit by a car ▓▓▓▓ was walking on the sidewalk when a car jumped the curb and struck him on the R side. +etoh, ~HS. ?LOC (patient doesn't remember after he was hit). GCS 14 (-1 for eyes). Primary survey intact. Complaining of RLE pain. R lower leg pale and no palpable DP. Also complaining of L ankle pain.

**Procedure Done:** 6/26: External fixation of RLE, Rt popliteal artery bypass, 3 compartment fasciotomy,
6/29: Irrigation and Debridement of Right leg wound.
7/1: Right above the knee amputation

**Hospital Course:** Mario Umana is a ▓▓▓▓▓ w/ no PMH was brought to the ED ▓▓▓ ▓ ▓ ng hit by a car. On initial CTA of RLE, showed abrupt arterial occlusion in popliteal fossa. He was subsequently brought to the OR on 6/26 AM for external fixation of RLE, right popliteal artery bypass and ▓ ▓ ▓ mpartment fasciotomy. Patient tolerated procedure well with no anesthetic complications. After the pro ▓ ▓ ▓ patient's right foot was cold to touch with numbness and no sensation from below right knee to toes ▓ ▓ ▓ ▓ ▓ ▓ re absent on doppler. He was able to wiggle his toes. On 6/29 ▓ ▓ ▓ ▓ ▓ ▓ ▓ ▓ debridement of right leg wounds and change of wound ▓ ▓ ▓ ▓ ▓ ▓ g ▓ ▓ cant muscle loss were found. Right above the knee amputation was recommended for significant muscle necrosis and dysvascular limb. Patient underwent an above the knee amputation on 7/1 ▓ ▓ lerated the procedure well. Was subsequently transferred to SICU. Patient was distraught status post ▓ ▓ ation. Patient was then discharged to 3North on POD#8 after no acute events happened overnight. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓ Had first BM on POD#9, tolerated regular diet well with no N/V, and voided well with no complaints. Pain was also well controlled and only aggravated by movement out of bed. PT and OT met with ▓ ▓ ▓ and recommended for acute rehab services. Patient continued to have BM, passing gas, continued wou ▓ ▓ with PT/OT, and WBC

JAMAICA HOSPITAL MED CTR
8900 Van Wyck Expwy
Jamaica NY 11418-2832



Exhibit A

Adm: 6/26/2016, D/C: 7/22/2016

# Prehospital Care Report Summary

## New York Presbyterian EMS (NYS agency # 0502)

**Date:**06/26/2016 **Call #:**0767 **Booklet:**87963845**Branch:** NYP-QUEENS 911 **Time Zone:**America/New_York

| **Call Information:** | | **# Patients Transported** | |
|---|---|---|---|
| | | **In My Unit:** | 1 |
| **Disposition:** | Treated/Transported | **# Patients at Scene:** | 1 |
| **Unit #:** | 52C1 - 52 CHARLIE 1, Ground-Ambulance - BLS **Trip Type:** N/A | | |
| **Run Type to Scene:** Emergency  Scheduled: No | | | |
| **Incident Facility:** | | **Call Received:** | 04:16:36 |
| **Incident Location:** | 131 ST/JAMAICA AVE - Queens, NY 11418 (Queens County) | **Dispatched:** | 04:26:00 |
| **Incident Location Type:** Scene of Accident or Acute Event - Street/Hwy | | **En Route:** | 04:26:00 |
| | | **On Scene:** | 04:27:00 |
| **Receiving Facility:** | JAMAICA HOSPITAL (34) (Hospital) - 89TH & VAN WYCK EXPWY - JAMAICA, NY | **Patient Contact:** | |
| | 11418 | **Left Scene:** | 04:39:00 |
| **Facility Address:** | 89TH & VAN WYCK EXPWY - Jamaica, NY 11418 | **At Destination:** | 04:40:33 |
| **Destination Type:** | N/A | **Transfer of Care:** | |
| **Dest. Reason:** | Patient Choice | **In Service:** | 05:15:00 |
| **Registration #** | 2369396 | | |

**Online Medical Control**
**Authorization Type:** Protocol

| | |
|---|---|
| **Time On Scene:** | 12 Min |
| **Time to Destination:** | 15 Min |
| **Total Time of Run:** | 49 Min |

**Loaded Mileage:** 0.4 (Total Mileage: 0.4)
**Crew Members:** JADNAY GONZALEZ, EMT Basic*(DS)(DH)*; MICHAEL GUARINO, EMT
Basic*(DO)*

**Moved to Amb by:** Scoop Stretcher  **Transport Position:** Supine  **From Amb By:**

**Call Origin:** 911  **Lights/Siren:** Scene / Destination-Not used

## Patient Information:

| | | | |
|---|---|---|---|
| **Name:** | MARIO UMANA | **Gender:** | Male |
| **Address:** | | **Age:** | 31 Years |
| **County:** Queens | | **Weight:** | |
| **Phone:** | | **Broselow:** | |
| **Email:** | | | |
| **SSN:** | | | |
| **Driver License:** | | | |

**Other Contact:**
**Name:**          **Phone:**          **Cell Phone:**
**Relationship:**

**Current Meds:** None          **Comments:**
**Env Allergies:** NKA          **Comments:**
**Med Allergies:** N          **Comments:**
**Patient Physician:**
**Advanced Directives:**
**PMH:**          None
**Comment:**
**Patient Physical Limitations:**
**Comment:**

## Payer Information:

## Clinical:

**Onset Date/Time:** 06/26/16 04:16:00
**Dispatch Reason/Type:** INJURY  INJURY - Non-Critical Injury
**Medical Need:**

**Chief Complaint (Primary):** Blunt Trauma  **Duration:**

Exhibit B

**Provider Impression:** Trauma Injury
**Mechanism of Injury:** MVA To Pedestrian
**Injury Intent:** Unintentional
**Protocol 1:** BLS General Approach              **Protocol 2:**

## Assessments:

| Time | Employee | Type | Summary |
|---|---|---|---|
| | | ABC | Skin Color: Pale  Skin Temperature: Cool |
| | | | Edema: None  Cap Refill: < 2 Seconds |
| | | | Pertinent Negatives: |
| | | | Breathing: Normal Quality: Unlabored Lung Sounds: Left:  Clear Lung Sounds: |
| | | | Right:  Clear |
| | | | Skin Condition: Normal |
| | | Injury | Injury - Lower Leg |
| | | | Location Modifier: External  Injury: Paralysis/ Numbness  Injury Modifier: Complete |
| | | Head To Toe | Head and Neck: |
| | | | Left Eye: Reactive |
| | | | Right Eye: Reactive |
| | | Neurological | AVPU: Alert |

## Vitals:

| Time | Employee | Summary |
|---|---|---|
| 04:30:00 | | Glasgow Coma Score: E (4) + V (5) + M (6) = 15  RTS: 12 Adult |
| 04:30:00 | GUARINO MICHAEL | BP: 102/68 |
| | | Pulse: 122 |
| | | Resp: 20 |
| | | Pain: 10 |
| 04:38:00 | | Glasgow Coma Score: E (4) + V (5) + M (6) = 15  RTS: 12 Adult |
| 04:39:00 | GUARINO MICHAEL | BP: 100/PAL |
| | | Pulse: 130 |
| | | Resp: 22 |
| | | Pain: 10 |

## Treatment/Medications:

| Time | Employee | Summary |
|---|---|---|
| 04:31:00 | GUARINO MICHAEL | Treatment- BLS ASSESSMENT |
| | | Attempts: N/A  Success: Yes |
| | | Level: BLS |
| 04:31:00 | GUARINO | Treatment- Cervical Collar |
| | | Attempts: N/A  Success: Yes |
| | | Level: BLS |
| 04:31:00 | GUARINO MICHAEL | Treatment- Splint |
| | | Attempts: N/A  Success: Yes |
| | | Level: BLS |

## Supply

Qty  Supply

## ECG Device Incident Number:

## Narrative History / Text:

52 CHARLIE 1 RESPONDED EMERGENTLY TO 131 ST/JAMAICA AVE FOR INJURY - INJURY - NON-CRITICAL INJURY.  BLS ASSESSMENT WAS PERFORMED.


Exhibit B

54F1 FLAGGED EMS FOR MULTIPLE PED STRUCK.

UNKNOWN TYPE VEHICLE STRUCK 2 PATIENTS HIT AND RUN.

FOUND PT AWAKE AND CONFUSED WRITHING IN PAIN. PT WAS VICTIM OF PED STRUCK, UNKNOWN VEHICLE TYPE/SPEED. PT HAS SEVERE PAIN TO R KNEE, OBVIOUS DEFORMITY. C COLLAR APPLIED, SPINAL MOTION RESTRICTION INITIATED, SPLINTS TO KNEE APPLIED. NEG PMS BEFORE OR AFTER SPLINTS. EXAM REVEALS CONFUSED MALE, WRITHING IN PAIN NOT ANSWERING QUESTIONS. PT HAS PUNGENT ETOH ODOR. NO REPORTED LOC FROM WITNESSES. PT COOL TO TOUCH, MILD DIAPHORESIS. NEG CYANOSIS. PUPILS ARE ERRL. DRIED BLOOD NOTED IN NOSTRILS. NO JVD/TD. LS ARE CLR=BILAT. ABD IS SSNT. PELVIS APPEARS STABLE AND INTACT. PT R KNEE IS SWOLLEN, DEFORM. R LEG INWARD ROTATION, AND PALE. PT WRITING IN PAIN, MAKING SIMPLE SENTENCES BUT NOT ANSWERING EMS. TRAUMA NOTE PLACED. PT FULLY EXPOSED. NO OTHER COMPLAINTS OF ILLNESS OR INJURY. NO OTHER FINDINGS. PT TO SCOOP TO 52C, TRANSPORTED WITHOUT CHANGE. NO ALS AVAILABLE.

Auth Signature: No   Privacy Sign: No   Unable to Sign: No   Refused to Sign: No

Signature Images

Authorization Signature

Privacy Notice Signature

Receiving RN (MD) - MATHEW RN - 08/26/2016 05:01

Technician Signature - GUARINO, MICHAEL D - 06/26/2016 05:21

Recommended Service Level: BLS   Dispatch Service Level: **BLS**

Exhibit B

# HANIFF INDICTMENT CHARGES:

Counts 1 & 2:     Att. Murder 2          B
INTENT

Counts 3 & 4:     Assault 1 (1)          B
INTENT

Counts 5 & 6:     Assault 1 (3)          B
Depraved Indifference to Human Life, RECKLESSLY Engage in Conduct
Creating Grave Risk of Human Life & Causes Serious Physical Injury

Counts 7 & 8:     Assault 1 (4)          B
Course of Committing Felony – **Crim Mis in 3rd Degree** – Causes Serious
Physical Injury

Counts 9 & 10:     Assault 1 (4)          B
Course Committing a Felony – **Leaving Scene w/o Reporting Where Serious**
Physical Injury Occurs – Causes Serious Physical Injury

Counts 11 & 12:     Assault 2 (2)          D
INTENT Cause Physical Injury with Dangerous Instrument

Counts 13 & 14:     Assault 2 (4)          D
RECKLESSLY Cause Serious Physical Injury w/ Dangerous Instrument

Counts 15-18:     Assault 2 (6)          D
Course Committing Felony – Crim Mis in 3rd & 2nd Felony ??? – Causes
Physical Injury
** Confusion re 17 & 18 – does not state which felony for which he was
committing – simply tracks the statutory language

Count 19:     Criminal Mischief in 3rd          E
INTENT to damage property of Wilber Mata car Exceeding $250

Count 20:     Criminal Mischief in 3rd          E
RECKLESSLY damage property of WM car Exceeding $250

Count 21:     Leaving Scene w/o Reporting Accident     E
Knew or had Cause to Know, Serious Physical Injury was Caused

Count 22:     Leaving Scene w/o Reporting Accident     Misd
Same as above but knew Physical Injury was caused

# Exhibit C

<u>Count 23:</u>    <u>Leaving Scene w/o Reporting Accident</u>        Violation
Same as above but no injury required just property damage of another

<u>Count 24:</u>    <u>Reckless Endangerment In 1st</u>        D
**Evincing Depraved Indifferent to Human Life, RECKLESSLY** engage in
conduct creating Grave Risk of Death

<u>Count 25:</u>    <u>Reckless Endangerment in 2nd</u>        Misd
**RECKLESSLY** engage in conduct risk of **Serious Physcial Injury**

<u>Count 26:</u>    <u>Criminal Poss of Weapon in 4th</u>        Misd
Knowingly Possess Dangerous Weapon - **?whats the weapon?**
?? Does state which weapon – the car?

# Exhibit C

| COMPLAINT - FOLLOW UP INFORMATIONAL REPORT - INTERVIEW IN-PERSON | | | | Crime/Con-lit Command ROBBERY 102-102TH PRECINCT |
|---|---|---|---|---|
| | | | | Date of This Report 06/26/2016 |

| Date of UF61 06/26/2016 | Date Case Assigned 06/26/2016 | Complaint No. 2016-102-03837 | Case No. 2016 - 190 | Unit Reporting SQUAD | Follow-Up No. 1 |
|---|---|---|---|---|---|

| Topic/Subject (INTERVIEW IN-PERSON) INTERVIEW C/V ESCOBAR, MAYREN IN-PERSON | Activity Date 06/26/2016 | Activity Time 10:00 |
|---|---|---|

| Complainant's Name ESCOBAR, MAYREN | Alt No. |
|---|---|

Nickname/Alias/Middle Name

| Sex FEMALE | Race UNKNOWN |
|---|---|

| Home Telephone | Business Telephone | | Beeper # | E-Mail Address |
|---|---|---|---|---|

Person Interviewed Last Name, First M.I.
ESCOBAR, MAYREN

Nickname/Alias/Middle Name

| Position/Relationship | Sex FEMALE | Race UNKNOWN |
|---|---|---|

| Home Telephone | Business Telephone | | Beeper # | E-Mail Address |
|---|---|---|---|---|

Details

Summary of Investigation:
1. On June 26, 2016, at approximately 1000 hours, I was present at Jamaica Hospital to interview complainant Mayren Escobar in person in regards to robbery case# 2016-190. Mayren did state that she was with her husband (Wilber Mata) at the Yosmira Lounge located at 131-09 Jamaica Avenue having drinks until about approximately 0400 hours. Mayren then stated as they were exiting the location she did see her husbands brother involved in a fight. Mayren then stated that she and her husband then tried to separate her brother in law from unknown males that were assaulting him. Mayren then stated that she did walk across Jamaica Avenue to get to her vehicle and was hit by a car. Mayren further stated that she only saw the head lights and then struck by the vehicle knocking her unconscious. Mayren then stated that she regained consciousness at the Jamaica Hospital emergency room. Mayren then stated she did not have any broken bones or needed stitches but did suffer a concussion.

| Activity Address Location OFFICE | | Street | City | State | Zip |
|---|---|---|---|---|---|

| Cross Street | | Intersection of and | | Premise Type |
|---|---|---|---|---|

| Reporting Officer | Rank POM | Name MICHAEL MOYER | Tax Reg. No. | Command 332-102 DET SQUAD |
|---|---|---|---|---|
| Reviewing Supervisor | Manner of Closing - | Date Reviewed 06/28/2016 | Date of Next Review | Name WILLIAM NEGUS | Supv. Tax No. |

**Exhibit D**

| COMPLAINT - FOLLOW UP INFORMATIONAL REPORT - INTERVIEW IN-PERSON | | Crime/Condition ROBBERY | Command 102-102TH PRECINCT |
|---|---|---|---|
| | | | Date of This Report 06/26/2016 |

| Date of UF61 06/26/2016 | Date Case Assigned 06/26/2016 | Complaint No. 2016-102-03837 | Case No. 2016 - 190 | Unit Reporting SQUAD | Follow-Up No. 3 |
|---|---|---|---|---|---|

| Topic/Subject (INTERVIEW IN-PERSON) INTERVIEW WITTNESS MATA, WILBER | Activity Date 06/26/2016 | Activity Time 14 30 |
|---|---|---|

**Complainant's Name**
ESCOBAR, MAYREN

Nickname/Alias/Middle Name

| Sex FEMALE | Race UNKNOWN |
|---|---|

| Home Telephone | Business Telephone | Beeper # | E-Mail Address |
|---|---|---|---|

**Person Interviewed Last Name, First M.I.**
MATA, WILBER

Nickname/Alias/Middle Name

| Position/Relationship HUSBAND | Sex MALE | Race WHITE HISPANIC |
|---|---|---|

| Home Telephone | Business Telephone | Beeper # | E-Mail Address |
|---|---|---|---|

**Details**

**Summary of Investigation:**
1. On June 28, 2016, at approximately 1430 hours, I did interview witness Mata, Wilber in person at the 102 PCT Detective Squad in regards to robbery case# 2016-190. Mata did state that he was with his wife Mayren Escobar having drinks at the Yasmira Lounge located at 131-09 Jamaica Avenue until approximately 0400 hours. Mata did state that when he was exiting the location he did see his brother (Umona, Mario) being assaulted by four unknown males. Mata then stated that he ran over to help his brother when he was punched numerous times by all unknown perps. Mata then stated that unknown perps did knock him to the ground and fled in unknown direction. Mata then stated that as he was getting up from the ground he did see a white vehicle driving on Jamaica Avenue hit both his brother and his wife and continue east bound on Jamaica Avenue. The vehicle then did make a U-Turn on Jamaica Avenue and Mata did try to run after it. Mata further stated that both his wife and brother were laying on the street unconscious. Mata then stated that the police did arrive and he informed them of the vehicle and the direction that it fled. Mata then stated that he did go with his wife back to Jamaica Hospital.

| Activity Address Location OFFICE | Street | City | State | Zip | Apt # |
|---|---|---|---|---|---|
| Cross Street | | Intersection of and | | Premise Type | |

| Reporting Officer | Rank POM | Name MICHAEL MOYER | Tax Reg. No. | Command 332-102 DET SQUAD |
|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing - | Date Reviewed 06/28/2016 | Date of Next Review | Name WILLIAM NEGUS | Supv. Tax No. |

Exhibit E